Vivian Martorelli, Appellant, *v.* Frank F. Prisco, Respondent.

Submitted October 8, 1954; decided October 22, 1954.

*Harry M. Alfert* and *Santo W. Crupe* for appellant.

*Robert J. Sykes* and *Martin A. Crean* for respondent.

Judgment affirmed, without costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.